FILED: July 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1202

(1:14-cv-00636-CMH-TCB)

_____

BALDINO'S LOCK & KEY SERVICE, INC.

      Plaintiff - Appellant

v.

GOOGLE INC., ZIPLOCAL, LP; JOHN DOES 1-25; GOOGLE INFORMATION, INC.

      Defendants - Appellees

and

SUPERMEDIA SALES, INC.

      Defendant

_____

O R D E R

_____

The parties have filed a stipulation of voluntary dismissal as to appellee Yellowbook, Inc. The court grants the motion and dismisses Yellowbook, Inc. as a party to this appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk